Serve

Approved, SCAO

| Original - Court (1st copy - Defendant) | 2nd copy - Plaintiff |
|---|---|
| | 3rd copy - Return |

| STATE OF MICHIGAN 52-3 JUDICIAL DISTRICT JUDICIAL CIRCUIT COUNTY PROBATE | SUMMONS AND COMPLAINT | CASE NO. 14-C01685 |
|---|---|---|

**Court address**                                                                                      **Court telephone no.**

52-3 DISTRICT COURT 700 BARCLAY CIRCLE ROCHESTER MI 48307          (248) 853-5553

| Plaintiff's name(s), address(es), and telephone no(s). | | Defendant's name(s), address(es), and telephone no(s). |
|---|---|---|
| Paul Tatscos & Eija Tatscos 905 Buckhorn Dr. Lake Orion MI 48362 | v | CSC-Lawyers Incorporating Service Registered Agent for Equifax Information Services, LLC 601 Abbott Road East Lansing, MI 48823 |
| Plaintiff's attorney, bar no., address, and telephone no. | | Equifax Information Services, LLC PO Box 105069 Atlanta, GA 30348 |

**SUMMONS**   **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to file a written answer with the court and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued 04/09/14 | This summons expires 07/09/14 | Court clerk RENEE S. GILLERT   cmg88 |
|---|---|---|

*This summons is invalid unless served on or before its expiration date.

This document must be sealed by the seal of the court.

**COMPLAINT**   *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**

☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**General Civil Cases**

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge CASE ASSIGNED TO (P42708) JUDGE LISA L. ASADOORIAN | Bar no. |
|---|---|---|

**VENUE**

| Plaintiff(s) residence (include city, township, or village) Lake Orion, Oakland County, Michigan | Defendant(s) residence (include city, township, or village) Atlanta, Fulton County, Georgia |
|---|---|
| Place where action arose or business conducted Oakland County, Michigan   Lake Orion | |

04/07/2014
**Date**                                                                   Signature of attorney/plaintiff

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01  (3/08)  **SUMMONS AND COMPLAINT**   MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

Def.

| PROOF OF SERVICE | SUMMONS AND COMPLAINT |
|---|---|
| | Case No. |

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

## CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

| ☐ OFFICER CERTIFICATE                **OR** | ☐ AFFIDAVIT OF PROCESS SERVER |
|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that:   (notarization not required) | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that:   (notarization required) |

☐ I served personally a copy of the summons and complaint.

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with _____

      **List all documents served with the Summons and Complaint**

_____

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |
| | | |

I declare that the statements above are true to the best of my information, knowledge, and belief.

| Service fee | Miles traveled | Mileage fee | Total fee |
|---|---|---|---|
| $ | | $ | $ |

Signature _____

Name (type or print) _____

Title _____

Subscribed and sworn to before me on _____ , _____ County, Michigan.
                                   Date

My commission expires: _____ Signature: _____
                  Date                               Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____
                                                                    Attachments

_____ on _____
                                  Day, date, time

_____ on behalf of _____

Signature

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT 52-3DC | COMPLAINT | CASE NO. 14-_____ |
|---|---|---|

Court address
52-3 DISTRICT COURT 700 BARCLAY CIRCLE ROCHESTER MI 48307

Court telephone no.
(248) 853-5553

| Plaintiff name(s) and address(es)<br>Paul Tatseos & Eija Tatseos<br>905 Buckhorn Dr.<br>Lake Orion MI 48362 | v | Defendant name(s) and address(es)<br>CSC-Lawyers Incorporating Service<br>Registered Agent for Equifax Information Services, LLC<br>601 Abbott Road<br>East Lansing, MI 48823<br><br>Equifax Information Services, LLC<br>PO Box 105069<br>Atlanta, GA 30348 |
|---|---|---|

RECEIVED FOR FILING
52-3 DISTRICT COURT
2014 APR -9 P 2: 49

## COMPLAINT

NOW COME the above named Plaintiffs, Paul Tatseos and Eija Tatseos, pro se, and

for its Complaint states as follows:

This is a civil action whereby Plaintiff seeks Preliminary and Permanent Injunctive

Relief enjoining Defendant, Equifax Information Services, LLC, from engaging in further

violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

An actual controversy exists between the parties, in that the challenged actions of

the Defendant has caused and will continue to cause the Plaintiffs substantial harm unless the

requested relief is granted.

### INTRODUCTION

1. Plaintiffs submitted written disputes of several items contained in Plaintiffs' files held and

    maintained by Defendant, pursuant to 15 U.S.C. § 1681 (i)(a)(1)(A).

2. Defendant did not "conduct a reasonable reinvestigation" into Plaintiffs' disputes,

    pursuant to 15 U.S.C. § 1681 (i)(a)(1)(A), rather relied on their "eOscar" computer system

    to report inaccurate information.

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT 52-3DC | COMPLAINT | CASE NO. 14- _____ |
|---|---|---|

Court address
52-3 DISTRICT COURT 700 BARCLAY CIRCLE  ROCHESTER MI  48307

Court telephone no.
(248) 853-5553

| Plaintiff name(s) and address(es) Paul Tatseos & Eija Tatseos 905 Buckhorn Dr. Lake Orion MI  48362 | v | Defendant name(s) and address(es) CSC-Lawyers Incorporating Service Registered Agent for Equifax Information Services, LLC 601 Abbott Road East Lansing, MI  48823  Equifax Information Services, LLC PO Box 105069 Atlanta, GA 30348 |
|---|---|---|

3. Plaintiffs submitted several "Method of Verification" requests, pursuant to 15 U.S.C. § 1681 (i)(a)(7) and "Intent to Sue" letters to Defendant upon receipt of reinvestigation results.

4. Defendant demonstrated willful noncompliance by not responding to any of Plaintiffs' "Method of Verification" requests, and by not providing the information pursuant to 15 U.S.C. § 1681 (i)(a)(6)(B)(iii).

5. Copies of Plaintiffs' letters referenced in paragraphs 1 and 3 can be found in Exhibit 1. US Postal Service Certified Mail Return Receipt indicating proof of receipt by Defendant of Plaintiffs' letters referenced in paragraphs 1 and 3 can be found in Exhibit 2.  In both Exhibits, relevant paragraphs for the scanned documents are indicated in bold on the top of the document.

## JURISDICTION AND VENUE

6. Jurisdiction of this court arises under 15 U.S.C. § 1681p.

7. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

8. Venue is proper, because many of the relevant events occurred within Oakland County in the State of Michigan.

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT 52-3DC | COMPLAINT | CASE NO. 14-_____ |
| --- | --- | --- |
| Court address 52-3 DISTRICT COURT 700 BARCLAY CIRCLE ROCHESTER MI 48307 | | Court telephone no. (248) 853-5553 |
| Plaintiff name(s) and address(es) Paul Tatseos & Eija Tatseos 905 Buckhorn Dr. Lake Orion MI 48362 | v | Defendant name(s) and address(es) CSC-Lawyers Incorporating Service Registered Agent for Equifax Information Services, LLC 601 Abbott Road East Lansing, MI 48823 Equifax Information Services, LLC PO Box 105069 Atlanta, GA 30348 |

## PARTIES

9. Plaintiffs are Paul Tatseos and Eija Tatseos.

10. Plaintiffs are consumers as defined in 15 U.S.C. § 1681 (a)(c).

11. Defendant is Equifax Information Services, LLC.

12. Defendant a "Consumer Reporting Agency" as defined in 15 U.S.C. § 1681 (a)(b) and 15 U.S.C. § 1681 (a)(f).

## FACTS

Facts Common to All Counts

13. The Plaintiffs reside in Lake Orion, Oakland County, Michigan.

14. Plaintiffs' consumer reports are as defined by 15 U.S.C. § 1681 (a)(d), et seq.

Disputes of Inaccurate Information – Paul Tatseos

15. On September 24, 2013, Paul Tatseos sent a letter Certified Mail, Return Receipt Requested (hereinafter "CMRRR") to Defendant disputing an item of information on his consumer report for *Accurate Account Solutions account 53647060279.*

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT 52-3DC | COMPLAINT | CASE NO. 14- |
|---|---|---|

Court address
52-3 DISTRICT COURT 700 BARCLAY CIRCLE  ROCHESTER MI 48307

Court telephone no:
(248) 853-5553

| Plaintiff name(s) and address(es) | v | Defendant name(s) and address(es) |
|---|---|---|
| Paul Tatseos & Eija Tatseos 905 Buckhorn Dr. Lake Orion MI 48362 | | CSC-Lawyers Incorporating Service Registered Agent for Equifax Information Services, LLC 601 Abbott Road East Lansing, MI 48823<br><br>Equifax Information Services, LLC PO Box 105069 Atlanta, GA 30348 |

16. On October 23, 2013, Defendant reported *Accurate Account Solutions account 53647060279* on Paul Tatseos' consumer report as verified, but did not conduct a reasonable reinvestigation, rather relied on their "eOscar" computer system to perpetuate inaccurate information.

17. On November 12, 2013, Paul Tatseos sent a letter CMRRR to Defendant disputing items of information on his consumer report for *Capital One account 4003447013470531, Charter One account 5240380004080623* and *US Bank account 4190087706438354.*

18. On December 2, 2013, Defendant reported *Capital One account 4003447013470531, Charter One account 5240380004080623* and *US Bank account 4190087706438354* on Paul Tatseos' consumer report as verified, but did not conduct a reasonable reinvestigation, rather relied on their "eOscar" computer system to perpetuate inaccurate information.

19. On December 17, 2013, Paul Tatseos sent a letter CMRRR to Defendant disputing items of information on his consumer report for *Ally Financial account 045913929530, HSBC Bank account 5472048962* and *Oakland County 52 District docket numbers 11C03090GC, 11C02769GC* and *9C06199GC.*

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT 52-3DC | COMPLAINT | CASE NO. 14-_____ |
|---|---|---|

Court address
52-3 DISTRICT COURT 700 BARCLAY CIRCLE  ROCHESTER MI  48307

Court telephone no.
(248) 853-5553

| Plaintiff name(s) and address(es)<br>Paul Tatseos & Eija Tatseos<br>905 Buckhorn Dr.<br>Lake Orion MI  48362 | v | Defendant name(s) and address(es)<br>CSC-Lawyers Incorporating Service<br>Registered Agent for Equifax Information Services, LLC<br>601 Abbott Road<br>East Lansing, MI  48823<br><br>Equifax Information Services, LLC<br>PO Box 105069<br>Atlanta, GA 30348 |
|---|---|---|

20. On January 15, 2013, Defendant reported *Ally Financial account 045913929530, HSBC Bank account 5472048962 and Oakland County 52 District docket number 11C02769GC* on Paul Tatseos' consumer report as verified, but did not conduct a reasonable reinvestigation, rather relied on their "eOscar" computer system to perpetuate inaccurate information.

Disputes of Inaccurate Information – Eija Tatseos

21. On October 29, 2013, Eija Tatseos sent a letter CMRRR to Defendant disputing items of information on her consumer report for *HSBC Bank account 601138002800xxxx, NCA account 601138002800xxxx and Senex Services account D3071782N1.*

22. On November 23, 2013, Defendant reported *HSBC Bank account 601138002800xxxx, NCA account 601138002800xxxx and Senex Services account D3071782N1* on Eija Tatseos' consumer report as verified, but did not conduct a reasonable reinvestigation, rather relied on their "eOscar" computer system to perpetuate inaccurate information.

23. On December 17, 2013, Eija Tatseos sent a letter CMRRR to Defendant disputing items of information on her consumer report for *Chase Bank USA NA account 5483109201359787,*

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT 52-3DC | COMPLAINT | CASE NO. 14- |
|---|---|---|

Court address | Court telephone no.
52-3 DISTRICT COURT 700 BARCLAY CIRCLE  ROCHESTER MI  48307 | (248) 853-5553

| Plaintiff name(s) and address(es) Paul Tatseos & Eija Tatseos 905 Buckhorn Dr. Lake Orion MI 48362 | v | Defendant name(s) and address(es) CSC-Lawyers Incorporating Service Registered Agent for Equifax Information Services, LLC 601 Abbott Road East Lansing, MI 48823 Equifax Information Services, LLC PO Box 105069 Atlanta, GA 30348 |
|---|---|---|

HSBC Bank account 473068012801xxxx, and Oakland County 52 District docket numbers 09C06199GC and 13C00129GC.

24. On January 16, 2013, Defendant reported Chase Bank USA NA account 5483109201359787, HSBC Bank account 473068012801xxxx, and Oakland County 52 District docket numbers 09C06199GC and 13C00129GC on Eija Tatseos' consumer report as verified, but did not conduct a reasonable reinvestigation, rather relied on their "eOscar" computer system to perpetuate inaccurate information.

"Method of Verification" Requests

25. On December 17, 2013, Paul Tatseos sent a letter CMRRR to Defendant requesting "Method of Verification" pursuant to 15 U.S.C. § 1681 (i)(a)(7) and 15 U.S.C. § 1681 (i)(a)(6)(B)(iii) for Accurate Account Solutions account 53647060279, Capital One account 4003447013470531, Charter One account 5240380004080623, and US Bank account 4190087706438354.

26. On December 17, 2013, Eija Tatseos sent a letter CMRRR to Defendant requesting "Method of Verification" pursuant to 15 U.S.C. § 1681 (i)(a)(7) and 15 U.S.C. § 1681

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT 52-3DC | COMPLAINT | CASE NO. 14-_____ |
|---|---|---|
| Court address | | Court telephone no. |
| 52-3 DISTRICT COURT 700 BARCLAY CIRCLE  ROCHESTER MI. 48307 | | (248) 853-5553 |
| Plaintiff name(s) and address(es) Paul Tatseos & Eija Tatseos 905 Buckhorn Dr. Lake Orion MI .48362 | v. | Defendant name(s) and address(es) CSC-Lawyers Incorporating Service Registered Agent for Equifax Information Services, LLC 601 Abbott Road East Lansing, MI. 48823 Equifax Information Services, LLC PO Box 105069 Atlanta, GA 30348 |

(i)(a)(6)(B)(iii) for *HSBC Bank account 601138002800xxxx, NCA account 601138002800xxxx and Senex Services account D3071782N1.*

27. On February 4, 2014, Paul Tatseos sent a letter CMRRR to Defendant with a second request for "Method of Verification" for *Accurate Account Solutions occount 53647060279, Capital One account 4003447013470531, Charter One account 5240380004080623,* and *US Bank account 4190087706438354*; an initial "Method of Verification" request for *Ally Financial account 045913929530, HSBC Bank account 5472048962* and *Oakland County 52 District docket number 11C02769GC*; and a notification of potential legal action for willful non-compliance of the Fair Credit Reporting Act, 15 U.S.C. § 1681.

28. On February 4, 2014, Eija Tatseos sent a letter CMRRR to Defendant requesting "Method of Verification" pursuant to 15 U.S.C. § 1681 (i)(a)(7) and 15 U.S.C. § 1681 (i)(a)(6)(B)(iii) for *Chase Bank USA NA account 5483109201359787, HSBC Bank account 473068012801xxxx,* and *Oakland County 52 District docket numbers 09C06199GC and 13C00129GC.*

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT 52-3DC | COMPLAINT | CASE NO. 14- |
|---|---|---|

Court address | Court telephone no.
52-3 DISTRICT COURT 700 BARCLAY CIRCLE  ROCHESTER MI 48307 | (248) 853-5553

| Plaintiff name(s) and address(es) | v | Defendant name(s) and address(es) |
|---|---|---|
| Paul Tatseos & Eija Tatseos 905 Buckhorn Dr. Lake Orion MI 48362 | | CSC-Lawyers Incorporating Service Registered Agent for Equifax Information Services, LLC 601 Abbott Road East Lansing, MI  48823  Equifax Information Services, LLC PO Box 105069 Atlanta, GA 30348 |

29. As of the date of this complaint, Defendant has not responded to any requests for either

Plaintiff referenced in paragraphs 25-28 for "Method of Verification" pursuant to 15 U.S.C.

§ 1681 (i)(a)(7) and 15 U.S.C. § 1681 (i)(a)(6)(B)(iii).

### COUNT I – VIOLATION OF 15 U.S.C. § 1681 (i)(a)(1)(A)

30. Plaintiffs restate and re-allege all above paragraphs herein.

31. On October 23, 2013, Defendant did not conduct a reasonable reinvestigation prior to

reporting *Accurate Account Solutions account 53647060279* on Paul Tatseos' consumer

report as verified.

32. On December 2, 2013, Defendant did not conduct a reasonable reinvestigation prior to

reporting *Capital One account 4003447013470531* on Paul Tatseos' consumer report as

verified.

33. On December 2, 2013, Defendant did not conduct a reasonable reinvestigation prior to

reporting *Charter One account 5240380004080623* on Paul Tatseos' consumer report as

verified.

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT 52-3DC | COMPLAINT | CASE NO. 14-_____ |
|---|---|---|

Court address
52-3 DISTRICT COURT 700 BARCLAY CIRCLE  ROCHESTER MI 48307

Court telephone no:
(248) 853-5553

| Plaintiff name(s) and address(es) Paul Tatseos & Eija Tatseos 905 Buckhorn Dr. Lake Orion MI 48362 | v | Defendant name(s) and address(es) CSC-Lawyers Incorporating Service Registered Agent for Equifax Information Services, LLC 601 Abbott Road East Lansing, MI 48823  Equifax Information Services, LLC PO Box 105069 Atlanta, GA 30348 |
|---|---|---|

34.  On December 2, 2013, Defendant did not conduct a reasonable reinvestigation prior to

reporting US Bank account 4190087706438354 on Paul Tatseos' consumer report as

verified.

35.  On January 15, 2013, Defendant did not conduct a reasonable reinvestigation prior to

reporting Ally Financial account 045913929530 on Paul Tatseos' consumer report as

verified.

36.  On January 15, 2013, Defendant did not conduct a reasonable reinvestigation prior to

reporting HSBC Bank account 5472048962 on Paul Tatseos' consumer report as verified.

37.  On January 15, 2013, Defendant did not conduct a reasonable reinvestigation prior to

reporting Oakland County 52 District docket number 11C02769GC on Paul Tatseos'

consumer report as verified.

38.  On November 23, 2013, Defendant did not conduct a reasonable reinvestigation prior to

reporting HSBC Bank account 601138002800xxxx on Eija Tatseos' consumer report as

verified.

39.  On November 23, 2013, Defendant did not conduct a reasonable reinvestigation prior to

reporting NCA account 601138002800xxxx on Eija Tatseos' consumer report as verified.

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT 52-3DC | COMPLAINT | CASE NO. 14-_____ |
|---|---|---|

Court address
52-3 DISTRICT COURT 700 BARCLAY CIRCLE  ROCHESTER MI  48307

Court telephone no.
(248) 853-5553

| Plaintiff name(s) and address(es) Paul Tatseos & Elja Tatseos 905 Buckhorn Dr. Lake Orion MI  48362 | v | Defendant name(s) and address(es) CSC-Lawyers Incorporating Service Registered Agent for Equifax Information Services, LLC 601 Abbott Road East Lansing, MI  48823  Equifax Information Services, LLC PO Box 105069 Atlanta, GA 30348 |
|---|---|---|

40. On November 23, 2013, Defendant did not conduct a reasonable reinvestigation prior to reporting *Senex Services account D3071782N1* on Eija Tatseos' consumer report as verified.

41. On January 16, 2013, Defendant did not conduct a reasonable reinvestigation prior to reporting *Chase Bank USA NA account 5483109201359787* on Eija Tatseos' consumer report as verified.

42. On January 16, 2013, Defendant did not conduct a reasonable reinvestigation prior to reporting *HSBC Bank account 473068012801xxxx* on Eija Tatseos' consumer report as verified.

43. On January 16, 2013, Defendant did not conduct a reasonable reinvestigation prior to reporting *Oakland County 52 District docket number 09C06199GC* on Eija Tatseos' consumer report as verified.

44. On January 16, 2013, Defendant did not conduct a reasonable reinvestigation prior to reporting *Oakland County 52 District docket number 13C00129GC* on Eija Tatseos' consumer report as verified.

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT 52-3DC | COMPLAINT | CASE NO. 14-_____ |
|---|---|---|

Court address
52-3 DISTRICT COURT 700 BARCLAY CIRCLE ROCHESTER MI 48307

Court telephone no.
(248) 853-5553

| Plaintiff name(s) and address(es) Paul Tatseos & Eija Tatseos 905 Buckhorn Dr. Lake Orion MI 48362 | v. | Defendant name(s) and address(es) CSC Lawyers Incorporating Service Registered Agent for Equifax Information Services, LLC 601 Abbott Road East Lansing, MI 48823  Equifax Information Services, LLC PO Box 105069 Atlanta, GA 30348 |
|---|---|---|

### COUNT II – VIOLATION OF 15 U.S.C. §§ 1681(i)(a)(7) and (i)(a)(6)(B)(iii)

45. Plaintiffs restate and re-allege all above paragraphs herein.

46. Defendant has not responded to Paul Tatseos' December 17, 2013 request for "Method of Verification" for *Accurate Account Solutions account 53647060279.*

47. Defendant has not responded to Paul Tatseos' December 17, 2013 request for "Method of Verification" for *Capital One account 4003447013470531.*

48. Defendant has not responded to Paul Tatseos' December 17, 2013 request for "Method of Verification" for *Charter One account 5240380004080623.*

49. Defendant has not responded to Paul Tatseos' December 17, 2013 request for "Method of Verification" for *US Bank account 4190087706438354.*

50. Defendant has not responded to Eija Tatseos' December 17, 2013 request for "Method of Verification" for *HSBC Bank account 601138002800xxxx.*

51. Defendant has not responded to Eija Tatseos' December 17, 2013 request for "Method of Verification" for *NCA account 601138002800xxxx.*

52. Defendant has not responded to Eija Tatseos' December 17, 2013 request for "Method of Verification" for *Senex Services account D3071782N1.*

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>52-3DC | COMPLAINT | CASE NO.<br>14- |
|---|---|---|

Court address
52-3 DISTRICT COURT 700 BARCLAY CIRCLE ROCHESTER MI 48307

Court telephone no.
(248) 853-5553

| Plaintiff name(s) and address(es)<br>Paul Tatseos & Eija Tatseos<br>905 Buckhorn Dr.<br>Lake Orion MI 48362 | v | Defendant name(s) and address(es)<br>CSC-Lawyers Incorporating Service<br>Registered Agent for Equifax Information Services, LLC<br>601 Abbott Road<br>East Lansing, MI 48823<br><br>Equifax Information Services, LLC<br>PO Box 105069<br>Atlanta, GA 30348 |
|---|---|---|

53. Defendant has not responded to Paul Tatseos' February 4, 2014 request for "Method of

Verification" for *Ally Financial account 045913929530.*

54. Defendant has not responded to Paul Tatseos' February 4, 2014 request for "Method of

Verification" for *HSBC Bank account 5472048962.*

55. Defendant has not responded to Paul Tatseos' February 4, 2014 request for "Method of

Verification" for *Oakland County 52 District docket number 11C02769GC.*

56. Defendant has not responded to Eija Tatseos' February 4, 2014 request for "Method of

Verification" for *Chase Bank USA NA account 5483109201359787.*

57. Defendant has not responded to Eija Tatseos' February 4, 2014 request for "Method of

Verification" for *HSBC Bank account 473068012801xxxx.*

58. Defendant has not responded to Eija Tatseos' February 4, 2014 request for "Method of

Verification" for *Oakland County 52 District docket number 09C06199GC.*

59. Defendant has not responded to Eija Tatseos' February 4, 2014 request for "Method of

Verification" for *Oakland County 52 District docket number 13C00129GC.*

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>52-3DC | COMPLAINT | CASE NO.<br>14-_____ |
|---|---|---|

| Court address | | Court telephone no. |
|---|---|---|
| 52-3 DISTRICT COURT 700 BARCLAY CIRCLE  ROCHESTER MI 48307 | | (248) 853-5553 |

| Plaintiff name(s) and address(es) | v | Defendant name(s) and address(es) |
|---|---|---|
| Paul Tatseos & Eija Tatseos<br>905 Buckhorn Dr.<br>Lake Orion MI 48362 | | CSC-Lawyers Incorporating Service<br>Registered Agent for Equifax Information Services, LLC<br>601 Abbott Road<br>East Lansing, MI 48823<br><br>Equifax Information Services, LLC<br>PO Box 105069<br>Atlanta, GA 30348 |

## CLAIM FOR RELIEF

WHEREFORE, the Plaintiffs Paul Tatseos and Eija Tatseos, request that this Court

enter judgment in its favor and against Defendant in the amount of:

a)  Statutory damages as provided by 15 U.S.C. §§ 1681 et seq. for each of the 14 violations

   of 15 U.S.C. § 1681 (i)(a)(1)(A) as described in Count I.

b)  Statutory damages as provided by 15 U.S.C. §§ 1681 et seq. for each of the 14 violations

   of 15 U.S.C. §§ 1681 (i)(a)(7) and (i)(a)(6)(B)(iii) as described in Count II.

c)  Punative damages as provided by 15 U.S.C. §§ 1681 et seq. as this Court may deem just

   and proper.

d)  Defendant's actual costs of this action, including but not limited to court filing fees to be

   determined at filing time, and US Postal Service fees in the amount of $49.64.

e)  Injunctive relief as provided by 15 U.S.C. §§ 1681 et seq. by ordering removal of

   inaccurate information from Plaintiffs' consumer reports.

f)  Any and all other relief as the Court may deem just and proper.

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT 52-3DC | COMPLAINT | CASE NO. 14-_____ |
|---|---|---|

| Court address | Court telephone no. |
|---|---|
| 52-3 DISTRICT COURT 700 BARCLAY CIRCLE  ROCHESTER MI  48307 | (248) 853-5553 |

| Plaintiff name(s) and address(es) | v | Defendant name(s) and address(es) |
|---|---|---|
| Paul Tatseos & Eija Tatseos<br>905 Buckhorn Dr.<br>Lake Orion MI  48362 | | CSC-Lawyers Incorporating Service<br>Registered Agent for Equifax Information Services, LLC<br>601 Abbott Road<br>East Lansing, MI  48823<br><br>Equifax Information Services, LLC<br>PO Box 105069<br>Atlanta, GA 30348 |

Respectfully submitted

Paul E Tatseos
Eija K Tatseos
248-408-8484
905 Buckhorn Drive
Lake Orion, MI  48362

April 7, 2014

RECEIVED FOR FILING
52-3 DISTRICT COURT
2014 APR -9 P 2: 30

# Exhibit 1 – Plaintiffs' Letters

RECEIVED FOR FILING
52-3 DISTRICT COURT

2014 APR -9 P 2: 30

Paul Tatseos
905 Buckhorn Dr.
Lake Orion, MI 48362                             **P15**
Re: Credit Report No. 334061130
Certified Mail #7012 3050 0000 0788 1695

September 24, 2013

Equifax Information Services, LLC
PO Box 740256
Atlanta, GA 30374

Dear Sir or Madam:

I am writing to dispute the following trade lines on my credit report:

- JP Morgan Chase Bank, account number 412540014312, the entries marked "30 Days Late" for September 2009 and October 2009 are reported incorrectly. These payments were made on time. I am requesting the removal of these derogatory entries.

- HSBC Bank USA, N.A., account number 5472048962, the entries marked "30 Days Late" for January 2009 and February 2009 are reported incorrectly. These payments were made on time. I am requesting the removal of these derogatory entries.

- Accurate Account Solutions, account number 53647060279, I do not recognize this account, and do not believe it is mine. I am requesting the removal of this entire trade line.

Please investigate these trade lines and delete or correct (as above) the disputed items as soon as possible.

Regards,

Paul Tatseos

RECEIVED FOR FILING
52-3 DISTRICT COURT
2014 APR -9 P 2: 30

Paul Tatseos
905 Buckhorn Dr.
Lake Orion, MI  48362                                   **P17**
Re: Credit Report No. 334061130
Certified Mail #7012 3050 0000 0788 0919


November 12, 2013


Equifax Information Services, LLC
PO Box 740256
Atlanta, GA 30374


Dear Sir or Madam:

I am writing to dispute the following trade lines on my credit report:

- **EOS CCA**, account numbers 3866888 & 6248707.  I do not recognize these accounts, and do not believe they
  are mine.
- **Capital One**, account number 4003447013470531, the derogatory entries on this account are due to
  fraudulent activity and are not mine.
- **Charter One**, account number 5240380004080623, the derogatory entries on this account are due to
  fraudulent activity and are not mine.
- **US Bank**, account number 4190087706438354, the derogatory entries on this account are due to fraudulent
  activity and are not mine.

Equifax recently received and signed for documentation in which I substantiate and ask for a 7 year fraud alert
(copy enclosed), which documents this disputes above related to fraudulent activity.

I am requesting the removal of the entire trade lines under dispute.  Please investigate and delete the disputed
items as soon as possible.

All calls to all phone numbers at all times are inconvenient.  My correct mailing address is as stated above.

Regards,


Paul Tatseos


Enclosures
Copy of letter requesting 7 year fraud alert received by Equifax September 3, 2013

Paul Tatseos
905 Buckhorn Dr.
Lake Orion, MI  48362
Re: Credit Report No. 3323023946
Certified Mail #7012 3050 0000 0787 6967

**P19 + P25**

December 17, 2013

Equifax Information Services, LLC
PO Box 740256
Atlanta, GA 30374

Dear Sir or Madam:

**FIRST**, I am writing to dispute the following trade lines/derogatory items on my credit report:

- **Ally Financial**, account number 045913929530; the derogatory entries on this account are due to fraudulent activity and are not mine.
- *Discover Financial Services*, account number 6011005390577503; the derogatory entries on this account are due to fraudulent activity and are not mine.
- **HSBC Bank**, account number 5472048962; the derogatory entries on this account are due to fraudulent activity and are not mine.
- **Oakland County 52 District**, docket numbers 11C03090GC, 11C02769GC and 9C06199GC; these public records are due to fraudulent activity and are not mine.

Equifax recently received documentation on September 3, 2013 in which I ask for a 7 year fraud alert and which includes an FTC ID Theft affidavit and police report.  This documentation substantiates the above disputes.  I am requesting the removal of these entire trade lines/public records, or removal of the derogatory entries as appropriate.

**SECOND**, I recently disputed trade lines from **Capital One** account # 4003447013470531, **Charter One** account #5240380004080623, **US Bank** account #4190087706438354 and **Accurate Account Solutions** account #53647060279.  I have received your response of "Verified" for these accounts and find the lack of supporting detail to be unsatisfactory.  Additionally, both Experian and TransUnion have investigated and deleted these fraudulent accounts from their records.  Per FCRA 611 (a)(6)(B )(iii) please, at a minimum, provide me with:

- A description of the procedure used to determine the accuracy and completeness of the information for these trade lines
- Name, address and phone number of anyone contacted during this investigation and used to determine the accuracy and completeness of the information for these trade lines

Regards,

Paul Tatseos

**P 21**

Eija Tatseos
905 Buckhorn Dr.
Lake Orion, MI  48362
Re: Credit Report No. 3254028873
Certified Mail #7012 3050 0000 0788 0889

October 29, 2013

Equifax Information Services
P.O. Box 105314
Atlanta, GA  30348

Dear Sir or Madam:

I am writing to dispute the following trade lines on my credit report:

**HSBC Bank**, partial account number 601138002800xxxx
**NCA**, partial account number 601138002800xxxx
**Senex Services**, account number D3071782N1
**Congress Collection Corp**, account numbers 1337401, 1340451 and 1403279

I do not recognize any of these accounts, and do not believe they are mine.

I am requesting the removal of these trade lines.  Please investigate these trade lines and delete the disputed items as soon as possible.

All calls to all phone numbers at all times are inconvenient.  My correct mailing address is as stated above.

Regards,

Eija Tatseos

RECEIVED FOR FILING
52-3 DISTRICT COURT
2014 APR -9  P 2 30

Elja Tatseos
905 Buckhorn Dr.
Lake Orion, MI  48362
Re: Credit Report No. 3309042005
Certified Mail #7012 3050 0000 0788 0957

**P23 + P26**

December 17, 2013

Equifax Information Services
P.O. Box 105314
Atlanta, GA  30348

Dear Sir or Madam:

**FIRST,** I am writing to dispute these trade lines on my credit report:

- **Credit One Bank**, account # 444796222179xxxx; I do not recognize this account, and do not believe it is mine.
- **Chase Bank USA, NA**, account # 5483109201359787; the derogatory entries on this account are due to fraudulent activity and are not mine.
- **HSBC Bank**, account # 473068012801xxxx; the derogatory entries on this account are due to fraudulent activity and are not mine.
- **Discover Financial Services**, account # 6011005390577503; the derogatory entries on this account are due to fraudulent activity and are not mine.
- **Oakland County S2 District**, docket numbers 09C06199GC, 10C008314GC & 13C00129GC; these public records are due to fraudulent activity and are not mine.

For the above accounts with fraudulent activity, I recently sent letters to the information furnishers, in which I explain and substantiate the fraudulent activity on my account. I can provide copies of these letters, the FTC ID Theft affidavit and the police report upon request.

I am requesting the removal of these trade lines, or the elimination of derogatory entries as appropriate. Please investigate these trade lines and take corrective action as soon as possible.

**SECOND,** I recently disputed trade lines from **HSBC Bank** account # 601138002800xxxx, **National Credit Adjusters** account # 601138002800XXXX and **Senex Services Corp** account # D30717XXXX. I have received your response of "Verified" for these accounts and find the lack of supporting detail to be unsatisfactory. Per FCRA 611 (a)(6)(B )(iii) please, at a minimum, provide me with:

- A description of the procedure used to determine the accuracy and completeness of the information for these trade lines
- Name, address and phone number of anyone contacted during this investigation and used to determine the accuracy and completeness of the information for these trade lines

All calls to all phone numbers at all times are inconvenient. My correct mailing address is as stated above.

Regards,

Elja Tatseos

RECEIVED FOR FILING
52-3 DISTRICT COURT
2014 APR 9  P 2: 30

Paul Tatseos
905 Buckhorn Dr.
Lake Orion, MI 48362
Re: Credit Report No. 3323023946
Certified Mail #7012 3050 0000 0787 7070

**P27**

February 4, 2014

Equifax Information Services, LLC
PO Box 105069
Atlanta, GA 30348

Dear Sir or Madam:

On December 17, 2013, I sent a letter to you in which I request a "Method of Verification" per my rights under
FCRA 611(a)(6) & (7) for several prior disputes. Somehow you appeared to misunderstand this request, and
instead resolved my request for each trade line by stating "We verified that this item belongs to you."

At this time I am well within my rights to take legal action for willful non-compliance under FCRA 616. I prefer for
this to be resolved outside of the legal system however, so I will once again ask you to provide a FCRA 611(a)(6) &
(7) Method of Verification for the following previously disputed entries:

- **Capital One** account # 4003447013470531
- **Charter One** account #5240380004080623
- **US Bank** account #4190087706438354
- **Accurate Account Solutions** account #53647060279

...and also for the following trade lines for which you just very recently also "verified":

- **Ally Financial**, account number 045913929530
- **HSBC Bank**, account number 5472048962
- **Oakland County 52 District**, docket numbers 11C02769GC and 9C06199GC

Per FCRA 611(a)(6) & (7) please, at a minimum, provide me with:

- A description of the procedure used to determine the accuracy and completeness of the information for these
  trade lines
- Name, address and phone number of anyone contacted during this investigation and used to determine the
  accuracy and completeness of the information for these trade lines

Please also provide copies of any additional documentation that might have been provided by the original source.

Regards,

Paul Tatseos

Eija Tatseos
905 Buckhorn Dr.
Lake Orion, MI  48362
Re: Credit Report No. 3309042005
Certified Mail #7012 3050 0000 0787 7131

**P28**

February 4, 2014

Equifax Information Services
P. O. Box 105069
Atlanta, GA 30348

Dear Sir or Madam:

I recently disputed the following trade lines and entries on my credit report:

- Chase Bank USA account # 5483109201359787
- HSBC Bank Nevada account # 473068012801xxxx
- 52-3 District Court Public Records docket numbers 13C00129GC and 09C06199GC

I have received your response of "Verified" for these accounts and find the lack of supporting detail to be unsatisfactory.  Per FCRA 611(a)(6) & (7) please, at a minimum, provide me with:

- A description of the procedure used to determine the accuracy and completeness of the information for these trade lines
- Name, address and phone number of anyone contacted during this investigation and used to determine the accuracy and completeness of the information for these trade lines

All calls to all phone numbers at all times are inconvenient.  My correct mailing address is as stated above.

Regards,

Eija Tatseos

**Exhibit 2 – Proofs of receipt**

RECEIVED FOR FILING
52-3 DISTRICT COURT
2014 APR -9 P 2: 30

**P15**

**COMPLETE THIS SECTION**

- ...plete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EQUIFAX
PO BOX 740256
ATLANTA, GA 30374

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Canon_     ☐ Agent
              ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7012 3050 0000 0788 1695    5

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

RECEIVED FOR FILING
52-3 DISTRICT COURT
APR 29

**P17**

**COMPLETE THIS SECTION**

- ...te items 1, 2, and 3. Also complete ...n 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EQUIFAX
PO BOX 740256
ATLANTA, GA 30374

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _aren_    ☐ Agent
            ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                   11/16/2013

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7012 3050 0000 0788 0919

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

P19 + P23

COMPLETE THIS SECTION

- ...plete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EQUIFAX
PO BOX 740256
ATLANTA, GA 30374

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____  ☑ Agent
                    ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
Canon                          DEC 2 2 2013

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)     7012 3050 0000 0787 6967

PS Form 3811, February 2004       Domestic Return Receipt.      102595-02-M-1540

---

P21

...TE THIS SECTION

- ...ete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EQUIFAX
PO BOX 105314
ATLANTA, GA 30348

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)     7012 3050 0000 0788 0889

PS Form 3811, February 2004       Domestic Return Receipt      102595-02-M-1540

**P23 + P26**

**PLEASE ... HIS SECTION**

... items 1, 2, and 3. Also complete
... if Restricted Delivery is desired.
... your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

E QUIFAX
PO BOX 105314
ATLANTA, GA 30348

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☑ Agent
☐ Addressee

B. Received by (Printed Name)   DEC 2 2013  C. Date of Delivery

Canon

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7012 3050 0000 0788 0957

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**P27**

**... ETE THIS SECTION**

... te items 1, 2, and 3. Also complete
... in 4 if Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

EQUIFAX
PO BOX 105069
ATLANTA, GA 30348

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
2/12/14

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7012 3050 0000 0787 7070

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**P28**

**COMPLETE THIS SECTION ON DELIVERY**

- items 1, 2, and 3. Also complete
  If Restricted Delivery is desired.
- ...nt your name and address on the reverse
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name)       C. Date of Delivery
                                     FEB 0 8 2014

1. Article Addressed to:

EQuiFAC
PO Box 105069
ATLANTA, GA 30348

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
(Transfer from service label)   7012  3050  0000  0787  7131

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

RECEIVED FOR FILING
52-3 DISTRICT COURT

2014 APR -9 P 2: 30